No. 25-4901

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**NATIONAL TPS ALLIANCE, et al.**,
Appellees,

v.

**KRISTI NOEM, et al.**,
Appellants.

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 3:25-cv-05687

**APPELLANTS' CIRCUIT RULE 27-3 CERTIFICATE**
(Relief requested by August 19, 2025)

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
Drew.C.Ensign@usdoj.gov

WILLIAM H. WEILAND
*Acting Assistant Director*

ANNA L. DICHTER
*Senior Litigation Counsel*

LAUREN BRYANT
CATHERINE ROSS
AMANDA SAYLOR
ERIC SNYDERMAN
JEFFREY M. HARTMAN
*Trial Attorneys*

# CIRCUIT RULE 27-3 CERTIFICATE

**(1)  Telephone numbers and addresses of attorneys for the parties**

Counsel for Appellants:

    Brett A. Shumate (brett.a.shumate@usdoj.gov)
    Yaakov M. Roth (yaakov.m.roth@usdoj.gov)
    Drew C. Ensign (drew.c.ensign@usdoj.gov)
    William H. Weiland (william.h.weiland@usdoj.gov)
    Anna L. Dichter (anna.l.dichter@usdoj.gov)
    Lauren E. Bryant (lauren.e.bryant@usdoj.gov)
    Catherine Ross (catherine.ross@usdoj.gov)
    Amanda B. Saylor (amanda.b.saylor@usdoj.gov)
    Eric Snyderman (eric.m.snyderman@usdoj.gov)
    Shelby Wade (shelby.wade2@usdoj.gov)
    Jeffrey M. Hartman (jeffrey.m.hartman@usdoj.gov)
    United States Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 598-3052

Counsel for Appellees:

    Ahilan Thevanesan Arulanantham (arulanantham@law.ucla.edu)
    UCLA School of Law
    Center for Immigration Law & Policy
    385 Charles E Young Drive East Box 951476
    Los Angeles, CA 90095
    (310) 825-1029

    Emilou MacLean (emaclean@aclunc.org)
    ACLU Foundation of Northern California
    39 Drumm Street
    San Francisco, CA 94111

(929) 375-1575
Amanda Young (ayoung@aclunc.org)
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

Michelle Young Cho (mcho@aclunc.org)
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

Eva Lucia Bitran (ebitran@aclusocal.org)
ACLU Foundation of Southern California
3400 Central Ave Ste 230
Riverside, CA 92506
(909) 380-7510

Diana Sanchez (dianasanchez@aclusocal.org)
ACLU Foundation of Southern California
1313 W 8th St Ste 200
Los Angeles, CA 90017
(760) 716-8083

Erik Matthew Crew (ecrew@haitianbridge.org)
Haitian Bridge Alliance
4560 Alvarado Canyon Rd Ste H
San Diego, CA 92120
(949) 603-7411

Jessica Karp Bansal (jessica@ndlon.org)
National Day Laborer Organizing Network
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
(626) 214-5689

2

Lauren Michel Wilfong (lwilfong@ndlon.org)
National Day Laborer Organizing Network
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
(626) 799-3566

**(2) Facts showing the existence and nature of emergency**

As set forth more fully in the motion, the district court entered a universal stay under 5 U.S.C. § 705 on July 31, 2025, effectively enjoining implementation of Department of Homeland Security ("DHS") Secretary Noem's 2025 decisions to terminate Temporary Protected Status ("TPS") designations for Nepal, Nicaragua, and Honduras. Imminent relief is necessary because Nepal's TPS designation prevents the Secretary's August 5, 2025, termination from taking effect, nationwide. *Termination of the Designation of Nepal for [TPS]*, 90 Fed. Reg. 24,151-01 (June 6, 2025). The TPS terminations for Honduras and Nicaragua are scheduled to take effect on September 8, 2025. *Termination of the Designation of Honduras for [TPS]*, 90 Fed. Reg. 30,089-01 (July 8, 2025); *Termination of the Designation of Nicaragua for [TPS]*, 90 Fed. Reg. 30,086-01 (July 8, 2025).

**(3) When and how counsel was notified**

Appellants' counsel notified counsel for Appellees by email on August 8, 2025, of Appellants' intention to file this motion. On August 8, 2025, counsel for

3

Appellees' responded that they opposed the motion. Service will be effected through the ACMS system.

**(4)   Submissions to the district court**

The district court issued its written order granting Appellees' motion to postpone on July 31, 2025. Appellants moved for a stay pending appeal the next day, on August 1, 2025. The district court denied Appellants' motion to stay on August 8, 2025. D. Ct. Dkt. No. 87.

**(5)   Decision requested by**

A decision on the motion for a stay pending appeal is requested as soon as possible, but no later than August 19, 2025. Relief by that date would reduce the harm to the government of the stay of the Nepal termination by delaying the effect of the termination by only two weeks. And it would permit the Honduras and Nicaragua terminations to take effect on September 8, including permitting some time for additional litigation regarding the interim status quo if either party seeks further recourse. This proposed timeline would permit orderly briefing to assist the Court in rendering its decision, such as submission of an opposition brief on August 13 and submission of a reply brief on August 15.

Undersigned counsel certifies that the foregoing information complies with Circuit Rule 27-3.

/s/ Drew C. Ensign
DREW C. ENSIGN
*Deputy Assistant Attorney General*
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

*Attorney for the Appellants*