| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

v.

KRISTI NOEM; et al.,

    Defendants - Appellants.

No. 25-4901

D.C. No. 3:25-cv-05687-TLT
Northern District of California, San Francisco

ORDER

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

    The court has received the government's emergency motion for stay pending appeal. Dkt. No. 5. The response to the emergency motion is due August 15, 2025 at 5:00 PM PDT. The optional reply in support of the emergency motion is due August 18, 2025 at 5:00 PM PDT.

    The panel will hold a remote hearing by Zoom on August 19, 2025 at 2:00 PM PDT.