No. 25-4901

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

KRISTI NOEM, *et al.*,

*Appellants,*

v.

NATIONAL TPS ALLIANCE, *et al.*,

*Appellees.*

On Appeal from the United States District Court
for the Northern District of California

**JOINT PROPOSED BRIEFING SCHEDULE
PURSUANT TO ACMS NO. 19**

On August 20, 2025, this Court granted the government's motion for a stay pending appeal of the district court's order in *National TPS Alliance, et al.*, *v. Noem, et. al.*, 3:25-cv-05687 (N.D. Cal.) (Dkt. 73). ACMS No. 19. Additionally, the Court suspended the briefing schedule and ordered that "[w]ithin seven days of the issuance of a decision in *National TPS Alliance v. Noem*, No. 25-2120, the parties shall submit proposed schedules to govern further proceedings in this case." ACMS No. 19 at 1; *see* 9th Cir. R. 3-3(c). On August 29, 2025, this Court issued a decision

1

in *National TPS Alliance v. Noem*, — F.4th —, 2025 WL 2487771 (9th Cir. Aug. 29, 2025) (No. 25-2120). Consequently, the parties jointly propose the following briefing schedule:

    **Opening Brief:**    October 20, 2025

    **Response Brief:**    December 12, 2025

    **Reply Brief:**    January 9, 2026

Plaintiffs-Appellees reserve the right to seek modification of this schedule should proceedings in the district court become delayed, or for other reasons not presently anticipated.

Respectfully submitted,

/s/ Ahilan T. Arulanantham[1]
AHILAN T. ARULANANTHAM
Center for Immigration Law and Policy
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029
Email: arulanantham@law.ucla.edu

EMILOU MACLEAN
MICHELLE Y. CHO
AMANDA YOUNG
ACLU Foundation of
Northern California
39 Drumm Street
San Francisco, CA 94111-4805

**Attorneys for Appellees**

Dated: September 4, 2025

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

WILLIAM H. WEILAND
*Acting Assistant Director*

/s/ Jeffrey M. Hartman
JEFFREY M. HARTMAN
*Trial Attorney*
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4404
Email: Jeffrey.M.Hartman@usdoj.gov

**Attorneys for Appellants**

---

[1] After reviewing this pleading, counsel for Plaintiffs-Appellees authorized undersigned counsel to affix their signature to this pleading and file it with the Court.

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27, I certify that the attached pleading: contains one-inch margins; uses double-spaced text except as otherwise permitted; is proportionally spaced using Times New Roman typeface; uses a typeface of 14 points; and contains 166 words, excluding any accompanying documents authorized by Rule 27(a)(2)(B). This pleading was scanned for viruses and malware by Microsoft CrowdStrike Falcon and determined to be free of malicious software.

/s/ Jeffrey M. Hartman
JEFFREY M. HARTMAN
Trial Attorney
Office of Immigration Litigation

## CERTIFICATE OF SERVICE

I certify that on September 4, 2025, I electronically filed this pleading with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. Appellees were served using the ACMS system.

/s/ Jeffrey M. Hartman
JEFFREY M. HARTMAN
Trial Attorney
Office of Immigration Litigation
