**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

SEP 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM; et al., <br><br> Defendants - Appellants. | No. 25-4901 <br><br> D.C. No. 3:25-cv-05687-TLT <br> Northern District of California, San Francisco <br><br> ORDER |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

The court adopts the briefing schedule jointly proposed by the parties (Dkt. No. 21). Appellants' opening brief is due October 20, 2025, and appellees' answering brief is due December 12, 2025. The optional reply brief is due January 9, 2026.