UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM; et al., <br><br> Defendants - Appellants. | No. 25-4901 <br><br> D.C. No. 3:25-cv-05687-TLT <br> Northern District of California, San Francisco <br><br> ORDER |

Before: HAWKINS, CALLAHAN, and MILLER, Circuit Judges.

Appellants' motion to stay briefing during the government lapse in appropriations (Dkt. No. 25) is denied. The previously entered briefing schedule (Dkt. No. 22) shall remain in effect.